■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YOLANDA McDOWELL, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered on or about November 15, 2004, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Marlow, Williams, Buckley and Malone, JJ.